WEISMAN, J.

v.

WEISMAN, M.

2900 EDA 2016

Superior Court of Pennsylvania.

09/18/2017

99–08626 (Montgomery)

Affirmed

COM.

v.

APONTE, L.

3409 EDA 2016

Superior Court of Pennsylvania.

09/18/2017

CP–45–CR–0001062–2016 (Monroe)

Affirmed

COM.

v.

CAVE, S.

271 EDA 2017

Superior Court of Pennsylvania.

09/18/2017

CP–45–CR–0002337–2014 (Monroe)

Affirmed

ALLAN, M.

v.

ALLAN, Y.

525 EDA 2017

Superior Court of Pennsylvania.

09/18/2017

January Term, 2015 No. 02230 (Philadelphia)

Affirmed

IN the INTEREST OF; Y.–S.H.A.S.–D., a Minor

1317 EDA 2017

Superior Court of Pennsylvania.

09/18/2017

CP–51–DP–0001222–2015 (Philadelphia)

Affirmed